**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

**v.** **CRIMINAL NO. 1:22-cr-1-TBM-RPM**
**CIVIL ACTION NO. 1:26-cv-259-TBM**

**MICHAEL DEON FULCHER**

# ORDER

Defendant Michael Deon Fulcher filed a Motion to Vacate [172] under 28 U.S.C. § 2255 in which he alleges that he received ineffective assistance of counsel. Before considering the Motion to Vacate, the Court finds that Fulcher's former trial counsel should be required to respond to his allegations via affidavit.

IT IS THEREFORE ORDERED AND ADJUDGED that Fulcher's former trial counsel, James L. Davis, III, shall file, within sixty (60) days of this Order, a written affidavit responding to the allegations in Fulcher's Motion to Vacate [172] under 28 U.S.C. § 2255. The Government is directed to furnish the above-referenced attorney with a copy of this Order Fulcher's Motion to Vacate [172], if Fulcher's former defense counsel has not received them from the Clerk of Court.

IT IS FURTHER ORDERED AND ADJUDGED that Fulcher has waived his right to claim attorney-client privilege in regard to these proceedings.

IT IS FURTHER ORDERED AND ADJUDGED that the Government shall file its response to Fulcher's Motion to Vacate [172] within thirty (30) days from the filing of Fulcher's former trial counsel's affidavit.

This, the 30th day of September, 2026.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE